UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

MARK WEISS,

                Plaintiffs,

-against-

VICE MEDIA, LLC,

                Defendant.

Index No. 18 Civ. 0066 (NGG)(RNL)

**NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*** 

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts of the Southern District and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Frankfurt Kurnit Klein & Selz, P.C. and a member in good standing of the bar of the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Vice Media, LLC. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: New York, New York
       March 26, 2018

**FRANKFURT KURNIT KLEIN & SELZ P.C.**

By:   */s/ William Lawrence*
       William Lawrence
488 Madison Avenue, 10th Floor
New York, New York
Tel: (212) 980-0120
Fax: (212) 593-9175
wlawrence@fkks.com